# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MDL No. 25-3155 (JWB/JFD)

In Re: Air Crash at Toronto Pearson International Airport on February 17, 2025

This Document Relates to: All Cases

**NOTICE OF ADOPTION OF MASTER COMPLAINT FOR DAMAGES**

---

Please take notice that Plaintiff Lisa Hovan, Trustee for the Next-of-Kin of Michael Hovan, Deceased, Case No. 0:26-cv-03072-JWB-JFD, in the above-captioned action, by filing this document, hereby adopts the Master Complaint for Damages (ECF No. 25) as the operative pleading for their case. Plaintiff was a passenger on Delta Flight 4819, or is the legal representative of a passenger on Delta Flight 4819. The Master Complaint for Damages will supersede all complaints previously filed by this Plaintiff. If the above-captioned Plaintiff filed an earlier complaint in another court, that Plaintiff agrees that complaint is dismissed.

Respectfully submitted,

**SCHMIDT & SALITA, PLLC**

Dated: 7-30-2026

Dean M. Salita, Esq. (#240643)
1600 Hopkins Crossroad
Minnetonka, MN 55305
Phone: 952-473-4530
Fax: 952-544-1308
dsalita@mnlawteam.com